IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOREL JENKINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **MORRIS HOUSER, SCI Benner** | : | |
| **Superintendent, THE DISTRICT** | : | |
| **ATTORNEY OF PHILADELPHIA** | :, | |
| **COUNTY and THE ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **PENNSYLVANIA** | : | **NO.   21-4285** |

### ORDER

**NOW**, this 1st day of August, 2022, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* (Doc. No. 7), the response to the petition, the petitioner's traverse response, the defendants' sur-reply, the petitioner's additional traverse and response to sur-reply, the Report and Recommendation filed by United States Magistrate Judge Sandra Moore Wells (Doc. No. 18), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Sandra Moore Wells is **APPROVED** and **ADOPTED**.

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**.

4. Because there has been no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

/s/ TIMOTHY J. SAVAGE J.